UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Edward Carl Pedersen  
Susan Pedersen

Chapter 13  
Case No.: 21-11797

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   ____ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:
   See attached

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

Local Form No. 3015-1.2     12/01/2017

# Attachment to Request to Amend Unconfirmed Chapter 13 Plan

## 2nd Amended Plan dated December 10, 2021

4. I request the following amendments of the Chapter 13 Plan filed with the Court:

**Section III. Treatment of Secured Claims**

    **2. Vehicles**

The interest rate for the debt owed to Credit Acceptance Corporation will increase from 4.75% to 5.25%. Adequate Protection payments prior to confirmation will be $230.00 per month. After confirmation fixed monthly payments will be $230.00.

**Section VII. Non-Standard Plan Provisions**

Credit Acceptance Corporation shall retain its lien on the 2011 Toyota Prius pursuant to 11 U.S.C. Sec. 1325(a)(5)

## 1st Amended Plan dated November 23, 2021

4. I request the following amendments of the Chapter 13 Plan filed with the Court:

**Section II. Plan Payments, Length of Plan and Debtor's Attorney's Fees**

**A.**     **Monthly Plan Payment**

Changes to the monthly payment plan: The monthly plan payment will be $470.74 per month for three (3) months. Beginning December 2021, the monthly payments will be reduced to $100.00 per month for four (4) months through the end of March 2022. The plan payments will then increase to $270.00 per month for four (4) months through July 2022. The plan payments will increase to $370.00 per month for the remaining twenty-five (25) months due to the 401K loan being paid in full.

**Section III. Treatment of Secured Claims**

    **A. Secured Claims**

        **1. Credit Acceptance**

        This debt will be removed from Section A and moved to Section B.

        **2. World Finance**
        This debt will be removed from Section A and moved to Section D.

    **B. Valuation of Collateral**

        **2. Vehicles**

| 1. Creditor: Credit Acceptance | Value of Collateral: $7,600.00 | **Payment** |
|---|---|---|
| Address: 25505 W. 12 Mile Rd. #3000 Southfield, MI 48034 | Amount of Creditor's Lien: $10,108.00 | Total paid in plan: $7,797.00 |
| Account No.:1689 | Interest Rate: 475.00% | [+] [-] $0.00 /month |
| VIN: | | Adequate Protection Payment: $0.00 |
| Description of Collateral: 2011 Toyota Prius | | Equal Monthly Payment: $0.00 |
| Check one below: ☐ Claim incurred 910 days or more pre-petition  ☐ Claim incurred less than 910 days pre-petition | | |

## Section IV. Treatment of Fees and Priority Claims

### B. Priority Tax Claims

    The total amount due of $700 shall be added to this section