# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

In re: EDWARD CARL PEDERSEN,      Chapter 13
SUSAN PEDERSEN      Case No.: 21-11797-13

## REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

1. The person requesting this plan modification is:

   **X**  The Debtor;

   ___  The Chapter 13 Trustee;

   ___  the holder of an unsecured claim Name: _____

2. Service: A certificate of service must be filed with this request for plan modification, together with the modified Wisconsin Local Form 3015-1.1

3. Designate one of the following:

   **X**  A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   ___  A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

   All remaining terms of the original confirmed Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and terms of the original Plan and the terms of this modification, the terms of this modification will control.

   WHEREFORE, each Debtor requests the Court approve this request to modify the Confirmed Chapter 13 Plan.

Local Form No. 3015-1.3     12/01/2017

## Attachment to Request to Modify Confirmed Chapter 13 Plan

**1st Modified Plan dated December 5, 2023**

4. I request the following modification of the Chapter 13 Plan confirmed by the Court:

**Section II. Plan Payments, Length of Plan and Debtor's Attorney's Fees**

   A. Monthly Plan Payment:

      Change to Monthly Plan Payment: The plan payment will be $272.46 per month for twenty-eight (28) months. Beginning December 2023, the plan payments will decrease to $180 per month for the remaining twenty-six (26) months.

   B. Debtor(s)' Attorney's Fee:

      Changes to Total Fees: Fees increased from $1,500.00 to $2,000.00, with the unpaid balance to be paid pro-rata for the remainder of the Plan.

U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

# Chapter 13 Plan (Individual Adjustment of Debts)

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☒ 1st _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

Debtor: Edward Carl Pedersen          SSN: xxx-xx-2563     Case Number: 21-11797-cjf

Joint Debtor: Susan Pedersen          SSN: xxx-xx-1079

## I. Notices

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans, and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified, or eliminated. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation within 28 days after the completion of the Section 341 meeting of creditors. Additional objection deadlines may apply as set forth in Section IIIC below. The court may confirm this plan without further notice if no objection to confirmation is filed.

To All Parties: This form plan may not be altered other than in the nonstandard provisions in Section VII. The plan contains no nonstandard provisions other than those set out in Section VII.

Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Not included," if both boxes are checked, or if no boxes are checked, the provision will be ineffective even if otherwise provided for in the plan.

**The deadline to object to the amended or modified plan is** _____ .

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not Included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not Included |
| Nonstandard provisions, set out in Section VII | ☒ Included | ☐ Not Included |

Unless otherwise provided for in this plan, the trustee shall disburse payments in the following order after trustee fees: equal monthly payments to secured creditors, administrative expenses including attorney fees, secured claims paid pro rata, priority claims, general unsecured claims.

## II. Plan Payments, Length of Plan, and Debtor(s)' Attorney's Fee

A. **Monthly Plan Payment:** This plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order unless otherwise requested. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $272.49 for 28 months;
2. $160.00 for 32 months;
3. $0.00 for _____ months;
4. $0.00 for _____ months;
5. $0.00 for _____ months;

The total amount of estimated payments to the trustee:     $12,734.00

B. **Debtor(s)' Attorney's Fee:** ☐ None  ☐ Pro Bono

Unless otherwise ordered, allowed administrative expenses for attorney's fees will be paid by the trustee.

| Total Fees: | $2000.00 | Total Paid: | $1500.00 | Balance Due: | $500.00 |
|---|---|---|---|---|---|
| Payable | $9.26 | /month (Months | 29 to 60 ) | | |

## III. Treatment of Secured Claims

If a secured claim is not provided for in Section III, then the trustee will not disburse any funds to the holder of the claim.

If a claim listed in the plan as secured is filed or otherwise allowed as fully unsecured, the trustee will pay the claim as an unsecured claim as provided in Section V, and the claim will not be paid as a secured claim under Section III.

If a secured creditor obtains relief from the automatic stay as to collateral listed in Section III, the trustee will cease further payments to that creditor and, as of the date of entry of the order granting stay relief, the plan will be deemed not to provide for that creditor's secured claims beyond payments actually made to the creditor as of that date.

Payment of Notices filed under Rule 3002.1(c): The trustee will pay post-petition notices of fees, expenses, and charges filed pursuant to Bankruptcy Rule 3002.1(c) ("3002.1(c) Notice") pro rata when the trustee pays other secured creditors, unless the debtor timely objects to the 3002.1(c) Notice. A modified plan may be required to maintain feasibility. If the debtor timely objects, the trustee will pay the amount as determined by the court. The trustee will not pay 3002.1(c) Notice amounts if the plan provides for avoidance of the creditor's lien or the surrender of all property securing the creditor's claim.

A. **Payment in Full:** With the exception of tax claims of governmental units, the claims listed below will be paid in full, with the interest rate stated below. If the plan does not state an interest rate, the proof of claim controls the rate of interest. If no interest rate is listed in the plan or the proof of claim, the plan pays the claim without interest. For tax claims of governmental units, the debtor must state the rate required by 11 U.S.C. § 511 to permit the parties to calculate feasibility.

**The allowed claim amount stated on a proof of claim controls over any contrary claim amount listed in this section, whether the allowed claim amount is higher or lower (applies to Section IIIA only).**

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

---

1. Creditor: _____

   Address: _____

   Arrearage on Petition Date: _____

   Payoff on Petition Date: _____

   [Select Payment Type]   $0.00   /month

   Account Number: _____

   Interest Rate: _____

   Disburse adequate protection pre-confirmation $ _____

   Other: _____

   ☐ Real Property
       ☐ Principal Residence
       ☒ Other Real Property

   Check one below for Real Property:
       ☒ Escrow is included in the regular payments
       ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

   Address of Collateral: _____

   ☐ Personal Property/Vehicle
   Description of Collateral: _____

---

B. **Maintenance of Payments and Cure of Default:** The debtor(s) will maintain payments during the case on the allowed secured claims listed below pursuant to 11 U.S.C. § 1322(b)(5).

The trustee will pay the arrearage listed on any allowed proof of claim filed before the deadline under Bankruptcy Rule 3002(c) or 3004. If the interest rate is left blank, the trustee will not pay interest on the arrearage. The installment payments will be paid as indicated below.

Any arrearage and the current monthly installment listed on a proof of claim (or a notice filed pursuant to Bankruptcy Rule 3002.1) control over any contrary amounts stated below.

1. Creditor: _____

   Address: _____

   Arrearage on Petition Date: _____

   Payoff on Petition Date: _____

|  | [Select Payment Type] | $0.00 /month |
|---|---|---|
| Account Number: | | |
| Interest Rate: | | |
| Disburse adequate protection pre-confirmation $ | | |
| Other: | | |

☐ Real Property
    ☐ Principal Residence
    ■ Other Real Property
Address of Collateral:

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

**C. Valuation of Collateral:** ☐ NONE

The debtor requests that the court determine the allowed value of the secured claims listed below.

☐ A SEPARATE MOTION WILL BE FILED AND SERVED UPON YOU PURSUANT TO BANKRUPTCY RULE 7004.

■ AS PROVIDED IN RULE 3012, THE DEBTOR REQUESTS THAT THE VALUE FOR each secured claim BELOW should be the *Amount of Secured Claim* set forth below. The *Amount of Secured Claim* will be paid in full with interest at the rate stated below. If the total amount of the proof of claim is less than the *Amount of Secured Claim* below, the lower amount listed on the proof of claim is allowed and will be paid in full. If no interest is stated below, the proof of claim controls the interest rate. If no interest rate is listed in the plan or proof of claim, then no interest will be paid.

IF A CREDITOR LISTED BELOW OBJECTS TO THE PROPOSED
VALUATION, AN OBJECTION MUST BE FILED ON OR BEFORE: _____

The portion of any allowed claim that exceeds the *Amount of Secured Claim* will be treated as an unsecured claim under section V of this plan. The allowed amount of the creditor's total claim listed on the proof of claim controls over the *Estimated amount of creditor's total claim* listed below.

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

**1. REAL PROPERTY:** ■ NONE

**2. VEHICLE(S):** ☐ NONE

| 1. Creditor: | Credit Acceptance Corporation | Estimated amount of creditor's total claim: | | **Payment** | |
|---|---|---|---|---|---|
| Address: | 25505 W. 12 Mile Rd., #3000 Southfield, MI 48034 | Value of Collateral: | $7,600.00 | Est. total paid in plan: | $8,658.00 |
| | | Amount of claims senior to creditor's claim: | $0.00 | Adequate Protection Payment: | $230.00 |
| Account No.: | 1689 | | | Equal Monthly Payment: | $0.00 |
| VIN: | | Amount of Creditor's Lien: | $10,108.00 | | |
| Description of Collateral: 2011 Toyota Prius | | Interest Rate: 5.25% | | | |

**3. PERSONAL PROPERTY:** ■ NONE

**D. LIEN AVOIDANCE** ■ NONE

**E. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. As to those creditors, entry of an order confirming this plan immediately (1) terminates the stay under 11 U.S.C. § 362(a) as to the collateral only, (2) terminates any stay under 11 U.S.C. § 1301, and (3) abandons the collateral under 11 U.S.C. § 554(b).

| Name of Creditor | Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. World Finance | 7701 | 2 Televisions, Guitar, and Keyboard |

## IV. Treatment of Fees and Priority Claims (as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4))

Trustee's fees are governed by statute, may change during the course of the case, and should not be specified herein.

All allowed priority claims will be paid in full without post-petition interest unless the plan otherwise provides.

The priority debt amount listed on a filed proof of claim controls over any contrary amount listed in this section, unless the court determines that a different amount of the allowed claim is entitled to priority.

**A. PRIORITY TAX CLAIMS:** ☐ NONE

| Name of Creditor: | IRS ($921.35) and WI Department of Revenue ($212.11) |
|---|---|
| Total Due: | $1,133.46 |
| Pro rata dividends will be calculated by the Trustee upon review of filed claims after the bar date. | |

**B. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**C. OTHER:** ☒ NONE

## V. Treatment of Unsecured Nonpriority Creditors

A. Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata from any remaining funds after paying other disbursements made in accordance with the plan until either the applicable commitment period is reached or nonpriority unsecured claims are paid in full, whichever comes first.

Pro rata dividends will be calculated by the Trustee upon review of filed claims after the bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certifies the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

## VII. Non-Standard Plan Provisions

☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Credit Acceptance Corporation shall retain its lien on the 2011 Toyota Prius pursuant to 11 U.S.C. § 1325(a)(5).

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing Chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Joint Debtor |
|---|---|
| Date | Date |

/s/ Noe J. Rincon          12/18/2023
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) [or Debtor(s) if not represented by counsel] certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

    Edward Carl Pedersen,
    Susan Pedersen,

Case No. 21-11797
Chapter 13

    Debtors.

## NOTICE OF DEBTOR'S REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

    **PLEASE TAKE NOTICE** that the above-named Debtors, Edward Carl Pedersen and Susan Pedersen, by their attorneys, Krekeler Law, S.C., have filed papers with the Court to Modify the Debtors' Chapter 13 Plan, a copy of which is attached hereto and incorporated herein.

    **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to eliminate or change your claim, then on or before **twenty-one (21) days** from the date of this Notice, you or your attorney must:

    File with the court a written objection and request for hearing, explaining your objection to Debtor's Request to Modify Confirmed Chapter 13 Plan and Modified Plan at:

        United States Bankruptcy Court
        120 North Henry Street
        Madison, WI 53703

    If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

        Attorney Noe J. Rincon
        Krekeler Law S.C.
        26 Schroeder Ct., Ste 300
        Madison, WI 53711

        U.S. Trustee
        780 Regent Street, Suite 304A
        Madison, WI 53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtors' Request to Modify Confirmed Chapter 13 Plan and Modified Plan and, therefore, may enter an order granting said Modified Chapter 13 Plan.

Dated this 18th day of December, 2023.

**KREKELER LAW, S.C.**

By:   */s/ Noe J. Rincon*
     Noe J. Rincon
     State Bar No. 1124893
     Attorneys for Debtors,
     Edward Carl Pedersen and Susan Pedersen

**ADDRESS:**
26 Schroeder Ct.
Suite 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

    Edward Carl Pedersen,
    Susan Pedersen,

         Debtors

Case No. 21-11797
Chapter 13

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                               ) ss.
COUNTY OF DANE      )

        The undersigned, being first duly sworn on oath, deposes and says that on December 18, 2023, the Debtor's Request to Modify Confirmed Chapter 13 Plan, Modified Plan, and Notice of Modified Plan was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

        The undersigned, being first duly sworn on oath, deposes and says that on December 18, 2023, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtor's Request to Modify Confirmed Chapter 13 Plan, Modified Plan, and Notice of Modified Plan to all on the attached list and to:

    Edward and Susan Pedersen
    1210 King Street, APT. 3
    Janesville, WI 53546

_____
Eddie Sanchez

Subscribed and sworn to before me
This 18th day of December, 2023

_____
Rebecca Isige
Notary Public, State of Wisconsin
My commission expires: 8/30/2025

```
Label Matrix for local noticing          Ad Astra Recovery                        Advance Financial 24/7
0758-3                                    7330 West 33rd Street North             100 Oceanside Drive
Case 3-21-11797-cjf                       Suite 118                               Nashville, TN 37204-2351
Western District of Wisconsin www.wiwb.uscour   Wichita, KS 67205-9370
Madison
Mon Dec 18 12:58:00 CST 2023

Advance Financial Administration, LLC     (p)ALLIANT ENERGY                       (p)AMERICOLLECT INC
C/O WEINSTEIN & RILEY, PS                 300 E SHERIDAN AVE                      PO BOX 2080
2001 WESTERN AVE., STE 400                CENTERVILLE IA 52544-2625               MANITOWOC WI 54221-2080
SEATTLE, WA 98121-3132


Associated Collectors, Inc.               (p)BELOIT HEALTH SYSTEM   REVENUE CYCLE Brandon S. Lefkowitz
Attn: Bankruptcy Dept                     ATTN JULIA EGEBRECHT                    29777 Telegraph Road, Suite 2440
Po Box 1039                               1905 E HUEBBE PKWY                      Southfield, MI 48034-7667
Janesville, WI 53547-1039                 5TH FLOOR #5023
                                          BELOIT WI 53511-1842


Credit Acceptance                         Credit Acceptance Corp.                 Credit Box
Attn: Bankruptcy                          c/o Stewart, Zlimen & Jungers, Ltd.     P. O. Box 2447
25505 West 12 Mile Road                   2860 Patton Road                        Des Plaines, IL 60017-2447
Ste 3000                                  Roseville, MN 55113-1100
Southfield, MI 48034-8331


CreditBox.com, L.L.C.                     (p)PAYLIANCE                            DEAN HEALTH SYSTEMS INC
P.O. Box 2447                             2 EASTON OVAL                           C/O AMERICOLLECT INC
Des Plaines, IL 60017-2447                STE 310                                 PO BOX 1566
                                          COLUMBUS OH 43219-6193                  MANITOWOC, WI 54221-1566


Dean Health System                        (p)DIRECTV LLC                          Directv, LLC
1808 W. Beltline Hwy                      ATTN BANKRUPTCIES                       by American InfoSource as agent
Madison, WI 53713-2334                    PO BOX 6550                             PO Box 5072
                                          GREENWOOD VILLAGE CO 80155-6550         Carol Stream, IL  60197-5072


Enhanced Recovery Company                 Fingerhut                               Bradley J. Halberstadt
Attn: Bankruptcy                          Attn: Bankruptcy                        Stewart, Zlimen & Jungers, Ltd.
8014 Bayberry Road                        6250 Ridgewood Road                     2860 Patton Road
Jacksonville, FL 32256-7412               Saint Cloud, MN 56303-0820              Roseville, MN 55113-1100


(p)MARK HARRING                           IRS - Centralized Insolvency Operations Internal Revenue Service
ATTN STANDING TRUSTEE                     P.O. Box 7346                           Insolvency Unit
122 WEST WASHINGTON AVENUE SUITE 500      Philadelphia, PA 19101-7346             PO box 7346
MADISON WI 53703-2758                                                             Philadelphia, PA 19101-7346


J. David Krekeler                         (p)QCHI                                 MADISON EMERGENCY PHYSICIANS
Krekeler Law, S.C.                        PO BOX 14948                            C/O AMERICOLLECT INC
26 Schroeder Court, Ste 300               LENEXA KS 66285-4948                    PO BOX 1566
Madison, WI 53711-2503                                                            MANITOWOC, WI 54221-1566


MADISON RADIOLOGIST                       MADISON RADIOLOGIST SC                  MERCY HEALTH SYSTEM
C/O AMERICOLLECT INC                      C/O AMERICOLLECT INC                    C/O AMERICOLLECT INC
PO BOX 1566                               PO BOX 1566                             PO BOX 1566
MANITOWOC, WI 54221-1566                  MANITOWOC, WI 54221-1566                MANITOWOC, WI 54221-1566
```

| | | |
|---|---|---|
| Madison Emergency Phy<br>700 S. Park Ave., Ste A404<br>Madison, WI 53715-1830 | Mercy Health System<br>1000 Mineral Point Road<br>Janesville, WI 53548-2940 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Edward Carl Pedersen<br>1210 King Street, Apt. 3<br>Janesville, WI 53546-6058 | Susan Pedersen<br>1210 King Street, Apt. 3<br>Janesville, WI 53546-6058 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recivable Management Services. LLC<br>Attn: Bankruptcy<br>240 Emery Street<br>Bethlehem, PA 18015-1980 | (p)RECOVERY ONE LLC<br>PO BOX 20404<br>COLUMBUS OH 43220-0404 |
| Noe Joseph Rincon<br>Krekeler Law S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Rock Co. HSD<br>1717 Center Ave.<br>Suit 650<br>Janesville, WI 53546-2800 | SSM Dean Health Med Group<br>1808 W. Beltline Highway<br>Madison, WI 53713-2334 |
| SSM HEALTH DEAN MEDICAL GROUP<br>C/O AMERICOLLECT INC<br>PO BOX 1566<br>MANITOWOC, WI 54221-1566 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Security Finance<br>Attn: Bankruptcy<br>Po Box 1893<br>Spartanburg, SC 29304-1893 | Southern Wisconsin Emergency<br>1969 W Hart Road<br>Beloit, WI 53511-2230 | Spectrum/Charter<br>2701 Daniels Street<br>Madison, WI 53718-6792 |
| Speedy/Rapid Cash<br>PO Box 780408<br>Wichita, Ks 67278-0408 | State of Wisconsin Dept of Children and Fami<br>PO Box 8938<br>Madison, WI 53708-8938 | Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 |
| Tri-State Adjustments<br>Attn: Bankruptcy<br>3439 East Avenue South<br>La Crosse, WI 54601-7241 | U.S. Department of Education<br>Ecmc/Attn: Bankruptcy<br>Po Box 16408<br>Saint Paul, MN 55116-0408 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 |
| WE Energies<br>333 W. Everett Street<br>Milwaukee, WI 53290-0002 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>Attn: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 |

| | | |
|---|---|---|
| Woodman's<br>1877 Madison Road<br>Beloit, WI 53511-3218 | World Finance<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606-6429 | World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| World Finance Corporation<br>3000 Milton Avenue<br>Janesville, WI 53545-0270 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliant Energy/WPL<br>P. O. Box 3068<br>Cedar Rapids, IA 52407-3068 | Americollect<br>Po Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 | Beloit Health System<br>1969 West Hart Road<br>Beloit, WI 53511 |
| Cybrcollect<br>Attn: Bankruptcy<br>3 Easton Oval Ste 210<br>Columbus, OH 43219 | Direct TV<br>P. O. Box 78626<br>Phoenix, AZ 85062 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 |
| Lend Nation<br>2228 Humes Road, Ste 2<br>Janesville, WI 53545 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Recovery One<br>Attn: Bankruptcy<br>3240 West Henderson Road<br>Columbus, OH 43220 | US Bank<br>2732 Milton Avenue<br>Janesville, WI 53545 | End of Label Matrix<br>Mailable recipients    63<br>Bypassed recipients     0<br>Total                  63 |